UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : : : | 3:09-md-02100-DRH-PMF MDL No. 2100 |
| ------------------------------------------------------------ **This Document Relates to:** | : : | Judge David R. Herndon **ORDER** |

*Salazar v. Bayer Corp. et. al.,* **No. 3:10-cv-10678-DRH-PMF**

## ORDER

**HERNDON, Chief Judge:**

Plaintiff has filed a motion to vacate (Doc. 10) the order of dismissal entered on January 14, 2011 (Doc. 8) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12. Plaintiff states that she served Defendant with a completed Plaintiff Fact Sheet on January 12, 2011.[1] Bayer is not opposed to Plaintiff's motion (Doc. 23). Accordingly, the

---

[1] The Court notes that, in her motion, Plaintiff states that Defendant's motion to dismiss incorrectly states that Plaintiff had not served her Plaintiff Fact Sheet. Plaintiff's Plaintiff Fact Sheet deadline was October 17, 2010 and Defendant filed its motion to dismiss on December 22, 2010. By Plaintiff's own admission she did not serve a completed Plaintiff Fact Sheet until January 12, 2011. Accordingly, Defendant's motion to dismiss does not incorrectly state that Plaintiff failed to comply with her Plaintiff Fact Sheet obligations.

Court hereby **vacates** the Order dismissing without prejudice Plaintiff's case and thereby **reinstates** her case.

**SO ORDERED:**

David R. Herndon
2011.01.21
11:13:51 -06'00'

**Chief Judge**                                                      **Date: January 21, 2011**
**United States District**